AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00303 |
| Mark K. Ponder | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/12/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Mark K. Ponder ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (F) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting a Federal Officer with a Dangerous or Deadly Weapon.

Date: 03/12/2021      _____
                                   Digitally signed by G. Michael Harvey
                                   Date: 2021.03.12 15:53:14 -05'00'
                                  *Issuing officer's signature*

City and state:    Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
                                                                   *Printed name and title*

### Return

This warrant was received on *(date)* 3/17/2021 , and the person was arrested on *(date)* 3/17/2021
at *(city and state)* 707 K St NW WDC .

Date: 3/17/2021      SA _____
                                        *Arresting officer's signature*

                                  SA Erik Potrafka FBI
                                  *Printed name and title*