# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK K PONDER,<br><br>           Defendant. | Case No.: 1:21-cr-00259-TSC-1<br><br>**NOTICE OF DEFENDANT'S POSITION TO COURT ORDER** |

      COMES NOW, counsel for Mark K. Ponder, in response to the court's minute order of June 17, 2021, to advise the court that the defendant has no objection to the release, to the media, of the video recordings submitted to the court in this matter.

Dated:  June 21, 2021

 

_____
Joseph R. Conte
Counsel for Mark K. Ponder
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:     202.638.4100
Fax:       202.628.0249
Email:  dcgunlaw@gmail.com

| | |
|---|---|
| Response to Court Order<br>*United States v. Mark K. Ponder*<br>Case No. 1:21-mj-00303<br>Page No. -1-<br><br>RESPONSE TO ORDER21/06/21 07:31:26 | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |