DOJCB_001 - US Capitol Police Reports of Investigation

| Volume | Sensitivity | Begin Bates | End Bates | PageCount | Description | CustodianName |
|---|---|---|---|---|---|---|
| DOJCB_001 | | CAPD_000000001 | CAPD_000000020 | 20 | 21-002.ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000021 | CAPD_000000039 | 19 | 21-004.ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000040 | CAPD_000000043 | 4 | 21-005A ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000044 | CAPD_000000047 | 4 | 21-005B ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000048 | CAPD_000000051 | 4 | 21-005C ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000052 | CAPD_000000055 | 4 | 21-005D ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000056 | CAPD_000000143 | 88 | 21-006A pt1of5.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000144 | CAPD_000000226 | 83 | 21-006B pt2of5.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000227 | CAPD_000000310 | 84 | 21-006C pt3of5.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000311 | CAPD_000000392 | 82 | 21-006D pt4of5.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000393 | CAPD_000000474 | 82 | 21-006E pt5of5.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000475 | CAPD_000000478 | 4 | 21-008 Complaint.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000479 | CAPD_000000489 | 11 | 21-008 Dismissal Memo.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000490 | CAPD_000000500 | 11 | 21-008 Dismissed Memo.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000501 | CAPD_000000509 | 9 | 21-008.**Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000510 | CAPD_000000532 | 23 | 21-009.ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000533 | CAPD_000000559 | 27 | 21-010.ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000560 | CAPD_000000597 | 38 | 21-012 ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000598 | CAPD_000000604 | 7 | 21-013 Complaint w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000605 | CAPD_000000611 | 7 | 21-014 Complaint w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000612 | CAPD_000000688 | 77 | 21-015 ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000689 | CAPD_000000705 | 17 | 21-016 Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000706 | CAPD_000000717 | 12 | 21-016 ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000718 | CAPD_000000728 | 11 | 21-018 Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000729 | CAPD_000000735 | 7 | 21-018 ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000736 | CAPD_000000743 | 8 | 21-019.ROI A w Exhibit.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000744 | CAPD_000000746 | 3 | 21-019.ROI for UNK CDU.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000747 | CAPD_000000748 | 2 | 21-020 Complaint w Memo.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000749 | CAPD_000000754 | 6 | 21-021 ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000755 | CAPD_000000778 | 24 | 21-023A-C Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000779 | CAPD_000000801 | 23 | 21-023A-C ROI.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000802 | CAPD_000000808 | 7 | 21-026 Complaint w Memo.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000809 | CAPD_000000811 | 3 | 21-028 Complaint w Memo.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000812 | CAPD_000000843 | 32 | 21-039 ROI w Exhibits.pdf | US Capitol Police |
| DOJCB_001 | | CAPD_000000844 | CAPD_000000848 | 5 | 21-050 Revised ROI 6-2-21.pdf | US Capitol Police |