**Addendum A**

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| | | 06 Jan 2021 17:29:18 | 30m 2s |
| | | 06 Jan 2021 17:06:55 | 14m 13s |
| | | 06 Jan 2021 17:01:40 | 17m 46s |
| | | 06 Jan 2021 16:58:17 | 2m 7s |
| | | 06 Jan 2021 16:55:03 | 3m 14s |
| | | 06 Jan 2021 16:49:01 | 30m 28s |
| | | 06 Jan 2021 16:48:23 | 29m 10s |
| | | 06 Jan 2021 16:48:00 | 30m 16s |
| | | 06 Jan 2021 16:44:45 | 23m 2s |
| | | 06 Jan 2021 16:40:53 | 8m 59s |
| | | 06 Jan 2021 16:35:08 | 13m 40s |
| | | 06 Jan 2021 16:30:28 | 18m 52s |
| | | 06 Jan 2021 16:29:04 | 56m 36s |
| | | 06 Jan 2021 16:27:37 | 24m 42s |
| | | 06 Jan 2021 16:26:29 | 2m 28s |
| | | 06 Jan 2021 16:26:27 | 14m 13s |
| | | 06 Jan 2021 16:24:54 | 59s |
| | ) | 06 Jan 2021 16:24:54 | 37s |
| | | 06 Jan 2021 16:24:54 | 51m 52s |
| | | 06 Jan 2021 16:24:54 | 36s |
| | | 06 Jan 2021 16:24:47 | 34m 15s |
| | | 06 Jan 2021 16:24:47 | 56s |
| | | 06 Jan 2021 16:24:33 | 54m 56s |
| | | 06 Jan 2021 16:24:27 | 1h 4m |
| | | 06 Jan 2021 16:24:09 | 23m 17s |
| | | 06 Jan 2021 16:24:09 | 1h 22m |
| | | 06 Jan 2021 16:24:07 | 1h 44m |
| | | 06 Jan 2021 16:24:07 | 2m 27s |
| | | 06 Jan 2021 16:24:07 | 44s |
| | | 06 Jan 2021 16:24:07 | 21m 8s |

| Date/Time | Duration |
|---|---|
| 06 Jan 2021 16:24:07 | 7m 4s |
| 06 Jan 2021 16:24:00 | 13m 31s |
| 06 Jan 2021 16:22:27 | 14s |
| 06 Jan 2021 16:22:27 | 18m 3s |
| 06 Jan 2021 16:22:27 | 1m 26s |
| 06 Jan 2021 16:21:45 | 16m 0s |
| 06 Jan 2021 16:14:58 | 1h 1m |
| 06 Jan 2021 16:12:42 | 21m 26s |
| 06 Jan 2021 16:10:38 | 1h 55m |
| 06 Jan 2021 16:09:47 | 13m 7s |
| 06 Jan 2021 16:00:57 | 9m 8s |
| 06 Jan 2021 16:00:22 | 17m 55s |
| 06 Jan 2021 15:59:45 | 1h 16m |
| 06 Jan 2021 15:58:09 | 21m 40s |
| 06 Jan 2021 15:56:06 | 12m 23s |
| 06 Jan 2021 15:55:45 | 30m 36s |
| 06 Jan 2021 15:55:04 | 20m 28s |
| 06 Jan 2021 15:55:04 | 1h 19m |
| 06 Jan 2021 15:55:04 | 5m 2s |
| 06 Jan 2021 15:55:04 | 5m 1s |
| 06 Jan 2021 15:54:31 | 49m 44s |
| 06 Jan 2021 15:54:22 | 24m 2s |
| 06 Jan 2021 15:53:34 | 26m 29s |
| 06 Jan 2021 15:53:15 | 2m 48s |
| 06 Jan 2021 15:52:52 | 1h 27m |
| 06 Jan 2021 15:52:21 | 2m 56s |
| 06 Jan 2021 15:51:04 | 1h 46m |
| 06 Jan 2021 15:51:01 | 24m 35s |
| 06 Jan 2021 15:50:12 | 6m 20s |
| 06 Jan 2021 15:49:09 | 7m 8s |
| 06 Jan 2021 15:37:46 | 39m 11s |
| 06 Jan 2021 15:26:13 | 33m 40s |

| Date/Time | Duration |
|---|---|
| 06 Jan 2021 15:24:51 | 12m 23s |
| 06 Jan 2021 15:18:41 | 3m 12s |
| 06 Jan 2021 15:18:41 | 21m 15s |
| 06 Jan 2021 15:17:59 | 59m 30s |
| 06 Jan 2021 15:17:20 | 20m 10s |
| 06 Jan 2021 15:16:02 | 20m 52s |
| 06 Jan 2021 15:15:08 | 5m 16s |
| 06 Jan 2021 15:15:08 | 6m 41s |
| 06 Jan 2021 15:13:22 | 1h 34m |
| 06 Jan 2021 15:10:28 | 35m 20s |
| 06 Jan 2021 15:10:13 | 46m 49s |
| 06 Jan 2021 15:10:13 | 2m 41s |
| 06 Jan 2021 15:10:13 | 2m 41s |
| 06 Jan 2021 15:09:44 | 30m 31s |
| 06 Jan 2021 15:07:50 | 4m 21s |
| 06 Jan 2021 15:07:50 | 7m 6s |
| 06 Jan 2021 15:05:16 | 23m 47s |
| 06 Jan 2021 15:04:43 | 15m 54s |
| 06 Jan 2021 15:02:54 | 4m 3s |
| 06 Jan 2021 15:02:54 | 16m 15s |
| 06 Jan 2021 15:00:39 | 6m 40s |
| 06 Jan 2021 15:00:39 | 6m 39s |
| 06 Jan 2021 14:48:45 | 4m 54s |
| 06 Jan 2021 14:46:56 | 43m 38s |
| 06 Jan 2021 14:46:15 | 1h 30m |
| 06 Jan 2021 14:44:50 | 1h 36m |
| 06 Jan 2021 14:43:54 | 30m 54s |
| 06 Jan 2021 14:43:07 | 21m 26s |
| 06 Jan 2021 14:42:55 | 4m 14s |
| 06 Jan 2021 14:41:08 | 23m 20s |
| 06 Jan 2021 14:37:54 | 1h 40m |
| 06 Jan 2021 14:35:20 | 10m 14s |

| Date/Time | Duration |
|---|---|
| 06 Jan 2021 14:34:23 | 11m 13s |
| 06 Jan 2021 14:34:23 | 1h 47m |
| 06 Jan 2021 14:34:23 | 11m 13s |
| 06 Jan 2021 14:33:50 | 1h 43m |
| 06 Jan 2021 14:33:41 | 9s |
| 06 Jan 2021 14:33:41 | 1h 50m |
| 06 Jan 2021 14:30:09 | 11m 49s |
| 06 Jan 2021 14:28:37 | 1h 40m |
| 06 Jan 2021 14:27:58 | 10m 45s |
| 06 Jan 2021 14:27:58 | 2h 29m |
| 06 Jan 2021 14:13:09 | 30m 43s |
| 06 Jan 2021 14:13:09 | 18m 45s |
| 06 Jan 2021 14:13:09 | 1h 42m |
| 06 Jan 2021 14:06:47 | 38m 19s |
| 06 Jan 2021 14:04:19 | 1h 15m |
| 06 Jan 2021 14:04:11 | 36m 41s |
| 06 Jan 2021 13:57:51 | 5m 1s |
| 06 Jan 2021 13:57:51 | 1h 21m |
| 06 Jan 2021 13:57:41 | 48m 34s |
| 06 Jan 2021 13:57:41 | 1m 22s |
| 06 Jan 2021 13:57:41 | 1m 55s |
| 06 Jan 2021 13:56:32 | 1m 39s |
| 06 Jan 2021 13:56:32 | 1h 22m |
| 06 Jan 2021 13:55:42 | 1h 14m |
| 06 Jan 2021 13:55:42 | 19m 3s |
| 06 Jan 2021 13:55:42 | 8m 8s |
| 06 Jan 2021 13:55:42 | 1m 39s |
| 06 Jan 2021 13:55:42 | 5m 2s |
| 06 Jan 2021 13:55:42 | 5m 1s |
| 06 Jan 2021 13:55:41 | 2h 31m |
| 06 Jan 2021 13:55:41 | 60s |
| 06 Jan 2021 13:55:41 | 42s |

| | |
|---|---|
| 06 Jan 2021 13:55:41 | 1h 9m |
| 06 Jan 2021 13:55:41 | 53m 37s |
| 06 Jan 2021 13:55:41 | 8m 13s |
| 06 Jan 2021 13:55:40 | 1m 41s |
| 06 Jan 2021 13:55:40 | 46s |
| 06 Jan 2021 13:55:40 | 51m 59s |
| 06 Jan 2021 13:55:38 | 2m 7s |
| 06 Jan 2021 13:55:38 | 1h 48m |
| 06 Jan 2021 13:52:04 | 8m 7s |
| 06 Jan 2021 13:52:04 | 1h 7m |
| 06 Jan 2021 13:49:16 | 5m 1s |
| 06 Jan 2021 13:49:16 | 19m 11s |
| 06 Jan 2021 13:49:16 | 31s |
| 06 Jan 2021 13:49:16 | 8m 54s |
| 06 Jan 2021 13:49:16 | 1h 20m |
| 06 Jan 2021 13:46:30 | 12s |
| 06 Jan 2021 13:46:30 | 23s |
| 06 Jan 2021 13:46:30 | 59s |
| 06 Jan 2021 13:46:30 | 1m 14s |
| 06 Jan 2021 13:46:30 | 35s |
| 06 Jan 2021 13:46:30 | 1m 14s |
| 06 Jan 2021 13:46:30 | 38s |
| 06 Jan 2021 13:46:30 | 1m 53s |
| 06 Jan 2021 13:46:30 | 1h 51m |
| 06 Jan 2021 13:38:49 | 39s |
| 06 Jan 2021 13:38:49 | 39s |
| 06 Jan 2021 13:38:49 | 39s |
| 06 Jan 2021 13:38:49 | 1h 35m |
| 06 Jan 2021 13:38:49 | 17m 34s |
| 06 Jan 2021 13:38:49 | 39s |
| 106 Jan 2021 13:32:10 | 1h 8m |
| 06 Jan 2021 13:29:49 | 12s |

| | |
|---|---|
| 06 Jan 2021 13:29:49 | 54s |
| 06 Jan 2021 13:29:49 | 12s |
| 06 Jan 2021 13:29:49 | 1h 13m |
| 06 Jan 2021 13:29:49 | 1h 25m |
| 06 Jan 2021 13:24:37 | 10m 1s |
| 06 Jan 2021 13:24:37 | 10m 1s |
| 06 Jan 2021 13:24:37 | 2h 23m |
| 06 Jan 2021 13:21:41 | 25s |
| 06 Jan 2021 13:21:41 | 1m 2s |
| 06 Jan 2021 13:21:41 | 2h 51m |
| 06 Jan 2021 13:20:40 | 1m 58s |
| 06 Jan 2021 13:20:40 | 10m 27s |
| 06 Jan 2021 13:20:40 | 3m 27s |
| 06 Jan 2021 13:20:40 | 1h 52m |
| 06 Jan 2021 13:20:29 | 1h 42m |
| 06 Jan 2021 13:20:29 | 7m 53s |
| 06 Jan 2021 13:12:27 | 6m 48s |
| 06 Jan 2021 13:12:27 | 33s |
| 06 Jan 2021 13:12:27 | 1m 44s |
| 06 Jan 2021 13:12:27 | 1m 17s |
| 06 Jan 2021 13:12:27 | 1h 35m |
| 06 Jan 2021 13:12:20 | 2h 18m |
| 06 Jan 2021 13:12:16 | 2h 0m |