**Addendum B**

| Title | Owner | Recorded on | Duration |
|---|---|---|---|
| | | 06 Jan 2021 18:27:35 | 4m 59s |
| | | 06 Jan 2021 17:53:05 | 3m 56s |
| | | 06 Jan 2021 17:52:47 | 4m 17s |
| | | 06 Jan 2021 17:41:37 | 22m 4s |
| | | 06 Jan 2021 17:41:20 | 25m 0s |
| | | 06 Jan 2021 17:31:17 | 8m 19s |
| | | 06 Jan 2021 17:31:16 | 33m 26s |
| | | 06 Jan 2021 17:28:24 | 40m 9s |
| | | 06 Jan 2021 17:26:57 | 23m 1s |
| | | 06 Jan 2021 17:23:16 | 37m 34s |
| | | 06 Jan 2021 17:22:22 | 4m 18s |
| | | 06 Jan 2021 17:20:50 | 2m 7s |
| | | 06 Jan 2021 17:08:55 | 5m 49s |
| | | 06 Jan 2021 17:05:29 | 21m 41s |
| | | 06 Jan 2021 17:05:05 | 39m 28s |
| | | 06 Jan 2021 16:59:37 | 47m 41s |
| | | 06 Jan 2021 16:58:25 | 11m 17s |
| | | 06 Jan 2021 16:55:33 | 24m 42s |
| | | 06 Jan 2021 16:52:58 | 15m 34s |
| | | 06 Jan 2021 16:52:38 | 5m 6s |
| | | 06 Jan 2021 16:48:15 | 32m 59s |
| | | 06 Jan 2021 16:46:47 | 37m 29s |
| | | 06 Jan 2021 16:45:12 | 30m 48s |
| | | 06 Jan 2021 16:43:49 | 31m 48s |
| | | 06 Jan 2021 16:40:14 | 11m 48s |
| | | 06 Jan 2021 16:38:01 | 12m 18s |
| | | 06 Jan 2021 16:28:33 | 45m 26s |
| | | 06 Jan 2021 16:27:19 | 24m 58s |
| | | 06 Jan 2021 16:26:34 | 2m 9s |
| | | 06 Jan 2021 16:26:30 | 2m 28s |

| | |
|---|---|
| 06 Jan 2021 16:25:07 | 25m 5s |
| 06 Jan 2021 16:23:55 | 59m 9s |
| 06 Jan 2021 16:22:40 | 13m 44s |
| 06 Jan 2021 16:21:53 | 7m 51s |
| 06 Jan 2021 16:11:48 | 9m 60s |
| 06 Jan 2021 16:11:15 | 1h 30m |
| 06 Jan 2021 16:04:12 | 23m 28s |
| 06 Jan 2021 16:01:12 | 4m 23s |
| 06 Jan 2021 15:58:23 | 21m 21s |
| 06 Jan 2021 15:57:48 | 4m 9s |
| 06 Jan 2021 15:56:57 | 1h 2m |
| 06 Jan 2021 15:56:50 | 33m 30s |
| 06 Jan 2021 15:55:44 | 1m 30s |
| 06 Jan 2021 15:54:15 | 53m 49s |
| 06 Jan 2021 15:53:55 | 59m 27s |
| 06 Jan 2021 15:51:02 | 31m 55s |
| 06 Jan 2021 15:51:01 | 24m 35s |
| 06 Jan 2021 15:24:53 | 34m 52s |
| 06 Jan 2021 15:23:50 | 20m 12s |
| 06 Jan 2021 15:19:43 | 4m 29s |
| 06 Jan 2021 15:17:22 | 19m 51s |
| 06 Jan 2021 15:16:56 | 4m 50s |
| 06 Jan 2021 15:12:55 | 11m 27s |
| 06 Jan 2021 15:10:09 | 30s |
| 06 Jan 2021 15:04:28 | 31m 18s |
| 06 Jan 2021 14:56:24 | 55m 44s |
| 06 Jan 2021 14:50:57 | 2h 34m |
| 06 Jan 2021 14:47:05 | 1h 1m |
| 06 Jan 2021 14:46:56 | 43m 38s |
| 06 Jan 2021 14:46:27 | 4m 21s |
| 06 Jan 2021 14:45:14 | 12m 12s |
| 06 Jan 2021 14:44:54 | 3h 24m |

| Date/Time | Duration |
|---|---|
| 06 Jan 2021 14:44:14 | 18m 42s |
| 06 Jan 2021 14:39:54 | 2h 41m |
| 06 Jan 2021 14:39:53 | 1h 39m |
| 06 Jan 2021 14:39:44 | 1h 16m |
| 06 Jan 2021 14:39:41 | 1h 39m |
| 06 Jan 2021 14:38:29 | 2m 52s |
| 06 Jan 2021 14:38:21 | 3m 53s |
| 06 Jan 2021 14:24:38 | 2h 4m |
| 06 Jan 2021 14:13:52 | 1h 27m |
| 06 Jan 2021 14:13:09 | 3h 16m |
| 06 Jan 2021 14:12:37 | 35m 1s |
| 06 Jan 2021 13:58:54 | 15m 7s |
| 06 Jan 2021 13:58:54 | 1h 40m |
| 06 Jan 2021 13:57:53 | 1h 17m |
| 06 Jan 2021 13:55:41 | 60s |
| 06 Jan 2021 13:55:41 | 2h 8m |
| 06 Jan 2021 13:55:41 | 1m 46s |
| 06 Jan 2021 13:55:39 | 8m 17s |
| 06 Jan 2021 13:42:54 | 2h 2m |
| 06 Jan 2021 13:42:50 | 57m 13s |
| 06 Jan 2021 13:36:23 | 25s |
| 06 Jan 2021 13:36:23 | 39s |
| 06 Jan 2021 13:36:23 | 51m 4s |
| 06 Jan 2021 13:36:23 | 42s |
| 06 Jan 2021 13:33:43 | 3m 49s |
| 06 Jan 2021 13:32:43 | 29m 34s |
| 06 Jan 2021 13:30:56 | 1h 48m |
| 06 Jan 2021 13:29:49 | 1h 13m |
| 06 Jan 2021 13:29:44 | 2h 52m |
| 06 Jan 2021 13:24:07 | 2h 33m |
| 06 Jan 2021 13:24:00 | 1h 16m |
| 06 Jan 2021 13:21:02 | 2h 14m |

| | |
|---|---|
| 06 Jan 2021 13:20:57 | 1h 49m |
| 06 Jan 2021 13:20:54 | 2h 47m |
| 06 Jan 2021 13:20:50 | 4h 39m |
| 06 Jan 2021 13:20:15 | 59s |
| 06 Jan 2021 13:20:15 | 1h 39m |
| 06 Jan 2021 13:19:24 | 2m 30s |
| 06 Jan 2021 13:19:12 | 1h 32m |
| 06 Jan 2021 13:17:08 | 1h 5m |
| 06 Jan 2021 13:15:50 | 6m 6s |
| 06 Jan 2021 13:15:46 | 4h 45m |
| 06 Jan 2021 13:03:06 | 3h 37m |
| 06 Jan 2021 13:03:01 | 54m 23s |
| 06 Jan 2021 13:03:01 | 1h 42m |
| 06 Jan 2021 13:03:01 | 31s |
| 06 Jan 2021 13:03:01 | 25m 0s |
| 06 Jan 2021 13:03:00 | 1h 39m |
| 06 Jan 2021 13:03:00 | 5m 1s |
| 06 Jan 2021 13:03:00 | 58s |
| 06 Jan 2021 12:30:31 | 3m 27s |