# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00259-TSC |
| | : | |
| MARK K. PONDER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Michael J. Romano, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at (202) 307-6691 or by email at michael.romano@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Romano joins Jocelyn Bond, who remains assigned to the case.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:    /s/
    MICHAEL J. ROMANO
    Trial Attorney, Detailee
    IL Bar No. 6293658
    555 4th Street, N.W.
    Washington, D.C. 20530
    Telephone No. (202) 307-6691
    michael.romano@usdoj.gov

CERTIFICATE OF SERVICE

On this 8th day of October, 2021, a copy of the foregoing was served on counsel for the defendant via the court's Electronic Filing System

*/s/ Michael J. Romano*
Michael J. Romano