UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**MARK K. PONDER**,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 21-cr-259 (TSC)<br>)<br>)<br>)<br>) |

### ORDER ON COVID POLICIES AND PROCEDURES

The following procedures and restrictions will govern all in-person, pre-trial proceedings in this case, consistent with the practices outlined in Appendices 7 and 8 of the Continuity of Operations Plan During the COVID-19 Pandemic. See CONTINUITY OF OPERATIONS PLAN DURING THE COVID-19 PANDEMIC (July 15, 2020) Appendix 7 and Appendix 8 (updated August 10, 2021).[1]

1. Persons seeking to enter the courtroom except for criminal defendants and lay persons who have been subpoenaed to appear and testify in proceedings must have been fully vaccinated against the COVID-19 virus before they are permitted to enter.  Persons not vaccinated, including criminal defendants and lay persons who have been subpoenaed to appear and testify in proceedings, must have proof of a negative COVID-19 test administered no more than 72 hours prior to seeking entry.  All participants and attendees must check-in with the Courtroom Deputy Clerk Tim Bradley upon arrival at the courtroom and confirm:

    a) that they are fully vaccinated <u>or</u>

    b) that they meet both of the following criteria:

      i. they are a criminal defendant <u>or</u> lay person who has been

---
[1] https://www.dcd.uscourts.gov/continuity-operations-plan-covid-19-pandemic

        subpoenaed to appear and testify in the proceedings; <u>and</u>

    ii. they have proof of a negative COVID-19 test administered no more than 72 hours prior to seeking entry.

2. All participants must wear face masks covering the mouth and nose throughout the entire proceeding, except as directed by the court.

Date:  October 14, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge