

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 18, 2021

Joseph Conte
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20004

      Re:    *United States v. Mark Ponder*
               Case No. 21-cr-259-TSC

Dear Counsel:

    I am writing to memorialize the updated discovery materials that I provided to you via USAfx.  On October 18, 2021, I uploaded the following materials to the shared USAfx folder "Ponder, Mark – 21-cr-259 – Discovery":

1. Zip file containing D.C. Department of Corrections documentation related to the USAO request for Mr. Ponder's **jail calls** from **3/17/21 to 8/24/21**.  No calls were recorded during that time period.
2. Video (open source):  **Banned Video/Info Wars/Just Another Channel** (approximately 1 hour, 28 minutes in length)
3. Additional **Sensitive** serials related to Mr. Ponder's FBI file, as documented in **Addendum A**.  Please note that these materials are subject to the protective order.
4. Additional **Non-Sensitive** serials from Mr. Ponder's FBI file, as documented in **Addendum B**.

    I will continue to forward additional discovery as it becomes available.  Please do not hesitate to reach out if you have questions.

                                    Sincerely,

                                    */s/ Jocelyn Bond*
                                Jocelyn Bond
                                Assistant United States Attorney

Enclosure(s)