# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK K PONDER,<br><br>           Defendant. | Case No.: 1:21-cr-00259-TSC-1<br><br>**UNOPPOSED MOTION TO CONTINUE THE JULY 18, 2022 SENTENCING HEARING** |

COMES NOW, counsel for Mark Ponder, to request that this Honorable Court continue the July 18, 2022, sentencing hearing currently set for July 18, 2022, to July 26 or 28, 2022.  In support of its motion, counsel states as follows:

      1. The defendant is pending sentencing having plead guilty to Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon in violation of 18 U.S.C. §§111(a)(1) and (b).

      2. Sentencing is currently scheduled for July 18, 2022.

      3. Undersigned counsel will be out of the jurisdiction on July 18, 2022, for personal reasons.

      4. The United States does not oppose the motion and has proposed July 26 or 28, 2022, as the new date.

*United States v. Mark Ponder*
Case No. 1:21-cr-00259-TSC-1

UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING
Page No. 1

CONTINUE 20220506 22/05/06 09:03:58

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com

WHEREFORE, counsel respectfully requests that this Court grant the motion to continue the sentencing hearing set for July 18, 2022, until either July 26 or 28, 2022.

Dated:  May 6, 2022

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Mark Ponder
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:        202.638.4100
Email:   dcgunlaw@gmail.com

*United States v. Mark Ponder*
Case No. 1:21-cr-00259-TSC-1

UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING
Page No. 2

CONTINUE 20220506 22/05/06 09:03:58

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com