UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**MARK K. PONDER**,<br><br>Defendant. | Criminal Action No. 21-cr-259 (TSC) |

## ORDER

The Government's Motion to Authorize Restitution Payment from Inmate Trust Account (ECF No. 61) is GRANTED. Defendant's Inmate Trust Account carries a balance of $117,450.73. Ex. 2 Statement of Defendant's Inmate Trust Account at 2, ECF No. 61-2.  Pursuant to the plea agreement and Judgment in this case, Defendant owes $2,000.00 in restitution to the Architect of the Capitol and a $100.00 Special Assessment Fee.  Judgment at 6, ECF No. 59.  The Government may enforce an order of restitution "by all . . . available and reasonable means."  18 U.S.C. § 3664(m).  If a person "receives substantial resources from any source . . . during a period of incarceration," they are "required to apply the value of such resources to any restitution or fine still owed." *Id.* § 3664(n).

The Government's Motion is GRANTED.  The Federal Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept, funds in the amount of $2,100.00, currently held in Mark K. Ponder's Inmate Trust Account, Fed. Reg. 29147-016.
The Clerk of Court shall apply the funds to Defendant's monetary penalties in this action.

Date: October 4, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge